MOED-0001        DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

MICHAEL WILLIAMS and JOHN GIBSON,  )
)
Plaintiff(s),      )
)
vs.          )   Case No. 4:23-cv-00669-RLW
INSOMNIA COOKIES, LLC d/b/a INSOMNIA  )
COOKIES, SERVE U BRANDS, INC. and SETH  )
BERKOWITZ,       )
)
Defendant(s).      )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for SERVE U BRANDS, INC. hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
Not publicly traded.

b. Its parent companies or corporations (if none, state "none"):
Krispy Kreme, Inc.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
Not applicable - no stock.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
Not applicable - jurisdiction not based on diversity

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001              DISCLOSURE STATEMENT

    By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*/s/ Andrew D. Kinghorn*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Andrew D. Kinghorn #66006
Address: 1 N. Brentwood Blvd. #1150
City/State/Zip: St. Louis, MO 63105
Phone: (314) 827-3939

Certificate of Service

    I hereby certify that a true copy of the foregoing Disclosure Statement was served (~~by mail;~~ ~~by hand delivery; or~~ by electronic notice) on all parties on: May 30, 20 23.

*/s/ Andrew D. Kinghorn*
Signature