**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

------------------------------------------------X

MICHAEL WILLIAMS, and JONN GIBSON, on their own behalf and on behalf of others similarly situated,

        Plaintiffs,

-against-

INSOMNIA COOKIES, LLC d/b/a INSOMNIA COOKIES; and SERVE U BRANDS, INC.,

        Defendant.

------------------------------------------------X

Civ. No.: 4:23-cv-669-HEA

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND REQUEST TO ADJOURN OR EXTEND DEADLINES**

COME NOW Plaintiff John Gibson and Defendants Insomnia Cookies, LLC d/b/a Insomnia Cookies and Serve U Brands, Inc., (collectively, the "Parties"), through undersigned counsel, and hereby notify the Court that they have agreed to a settlement in principle.

Accordingly, the Parties respectfully request that the Court either adjourns or extends all proceedings and deadlines in this matter, including the September 26, 2025, 2:00 P.M. deadline for Defendants to file a motion for default judgment as well as the trial beginning on September 29, 2025. The Parties request that such adjournment or extension of the case deadlines and trial be for a period of twenty-eight (28) days, respectively, or such other time as the Court determines is appropriate, to allow for the Parties to finalize a mutually agreed upon written settlement agreement, which will provide for the dismissal of all pending claims and counterclaims in this matter with prejudice.

1

Respectfully submitted,

| For *Plaintiff*: | For *Defendants*: |
|---|---|
| By: /s/ *Aaron B. Schweitzer*<br>John Troy, Esq.<br>Aaron B. Schweitzer, Esq.<br>Tiffany Troy, Esq.<br>Troy Law, PLLC<br>41-25 Kissena Boulevard, Ste. 103<br>Flushing, NY 11355<br>Tel.: (718) 762-1324<br>troylaw@troypllc.com | By: /s/ *Andrew D. Kinghorn*<br>Douglas J. Klein, Esq.<br>Noel P. Tripp, Esq.<br>Andrew D. Kinghorn, 66006MO<br>Jackson Lewis P.C.<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>Tel.: (212) 545-4000<br>Noel.Tripp@jacksonlewis.com<br>Douglas.Klein@jacksonlewis.com<br>Andrew.Kinghorn@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ *Andrew D. Kinghorn*
Andrew D. Kinghorn, Esq.
